FILED
CLERK, U.S. DISTRICT COURT
APR 16 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDWIN MADRIGAL<br><br>   Defendant. | 5:18 CR-163-JGB-1<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Allegation of absconding
- Submission to detention
- Commission of new offense while on supervision

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Allegation of absconding from supervision
- Submission to detention

IT IS ORDERED that defendant be detained.

DATED: 4/16/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE